MICHAEL J. COFFINO (SBN 88109)
THE CRONE LAW GROUP
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 955-8900
Facsimile:   (415) 955-8910

Attorneys for Cross-Defendants
CAGAN MCAFEE CAPITAL PARTNERS, LLC
and ERIC MCAFEE

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BCRP REALTY SERVICES II, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>CEM ESIN, an individual, JONATHAN SHIFF, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>JONATHAN SHIFF,<br><br>Cross-Complainant,<br><br>v.<br><br>NAYNA NETWORKS, INC., a corporation; CAGAN MCAFEE CAPITAL PARTNERS, LLC, a California limited liability company; ERIC MCAFEE, an individual; CEM ESIN, an individual; KORY MADISON, an individual; MARK HAGEN, an individual; RAJ JAIN, an individual; NAVEEN S. BISHT, an individual; and ROES 1 through 40, inclusive,<br><br>Cross-Defendants. | Adversary Case No. 09-90124-LT<br><br>Assigned to:  Judge Laura S. Taylor<br>Lead BK Case:  08-05226<br>Lead BK Title:  Jonathan Mitchell Shiff<br>Lead BK:  Chapter 11<br><br>Hearing Date:  March 12, 2010<br>Time:  10:00 a.m.<br>Dept.:  3<br><br>**JOINDER OF CROSS-DEFENDANTS CAGAN MCAFEE CAPITAL PARTNERS, LLC AND ERIC MCAFEE IN JAIN AND BISHT'S OPPOSITION TO CROSS-COMPLAINT'S MOTION FOR LEAVE TO AMEND THE FIRST AMENDED COMPLAINT** |

-1-

JOINDER OF CMCP AND MCAFEE IN JAIN & BISHT'S OPPOSITION TO CROSS-COMPLAINT'S
MOTION FOR LEAVE TO AMEND THE FIRST AMENDED COMPLAINT

1 | Cross-Defendants Cagan McAfee Capital Partners, LLC and Eric McAfee ("CMCP and McAfee") hereby join Cross-Defendants Raj Jain and Naveen S. Bisht's Opposition to Cross-Complaint's Motion for Leave to Amend the First Amended Complaint.

Dated: January 22, 2010.

> The Crone Law Group
>
> By /s/ Michael J. Coffino
> Michael J. Coffino
> Attorneys for Cross-Defendants
> CAGAN MCAFEE CAPITAL PARTNERS, LLC
> and ERIC MCAFEE

---

-2-

JOINDER OF CMCP AND MCAFEE IN JAIN & BISHT'S OPPOSITION TO CROSS-COMPLAINT'S
MOTION FOR LEAVE TO AMEND THE FIRST AMENDED COMPLAINT